IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 8:30 am, Jul 29, 2020

| | |
|---|---|
| KRISTI KINDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:20-cv-00071-LGW-BWC |
| | ) |
| WAL-MART INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER TO ADD PROPOER PARTY, DISMISS IMPROPER PARTY AND TO RECAST THE CAPTION OF THE COMPLAINT

Plaintiff and Defendant, having jointly moved the Court for an order under Fed. R. Civ. P. 21 to add WAL-MART STORES EAST, LP as a proper party and to dismiss WAL-MART INC. as an improper party to this action, and to recast the caption of the Complaint; and the Court, having considered said motion, hereby GRANTS the parties' motion as submitted.

IT IS ORDERED that WAL-MART INC. is dismissed without prejudice, and the caption of this Complaint will hereinafter be styled as: KRISTI KINDELL, Plaintiff v. WAL-MART STORES EAST, LP, Defendant.  It is further ordered WAL-MART STORES EAST, LP shall be substituted each and every place WAL-MART INC. is named in any pleadings as if WAL-MART INC. had never been named.

IT IS SO ORDERED this 28 day of July, 2020.

_____
Hon. Lisa Godbey Wood, Judge
United States District Court
Southern District of Georgia